UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 11055
   BARBARA ATWATER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-9197

----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
   The case was filed on 04/30/2008 and was not confirmed.

   The case was dismissed without confirmation 07/07/2008.
----------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AT&T/SBC/ILLINOIS FACC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN AIRLINES C U | UNSECURED | 4651.36 | .00 | .00 |
| HICKORY HILLS APTS | UNSECURED | NOT FILED | .00 | .00 |
| SWIFT TRANSPORTATION | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | SPECIAL CLASS | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| FRED AMOAKOHENE | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

           Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                                 .00
                      ---------------   ---------------
TOTALS                     .00               .00

             PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 11055 BARBARA ATWATER

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 10/23/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE